# United States District Court
## Northern District of Illinois
### Eastern Division

Kathleen Ryl-Kuchar            **JUDGMENT IN A CIVIL CASE**

     v.                                                            Case Number: 05 C 3223

Care Centers, Inc.

      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment in the total amount of $85,453.34 is entered in favor of the plaintiff Kathleen Ryl-Kuchar and against defendant Care Centers, Inc. Pursuant to Rule 54(b), there is no just reason to delay entry of this final judgment.

                                                                         Michael W. Dobbins, Clerk of Court

Date: 6/16/2008                                      _____
                                                                 /s/ Alyce Mobley-Morris, Deputy Clerk